# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KAREN L. WARD, as Power of )
Attorney for EVELYN M. )
CORNELSON, )
                          )
      Plaintiff, )
                          )
      v. )           C.A. No. N20C-04-059 JRJ
                          )
MILFORD CENTER, L.L.C., )
a Delaware limited liability company, )
                          )
      Defendant. )

## ORDER

Submitted:    June 18, 2020
Decided:      July 22, 2020

### *Upon Defendant Milford Center L.L.C.'s Motion for Review of Affidavit of Merit*

1. This Motion arises from a healthcare medical negligence suit filed by Plaintiff Karen L. Ward as Power of Attorney for Evelyn M. Cornelson against Defendant Milford Center, L.L.C. Defendant requests an *in camera* review of the Affidavit of Merit and *curriculum vitae* submitted by Plaintiff in connection with the Complaint to determine if the Affidavit of Merit and associated *curriculum vitae* comply with 18 *Del. C.* § 6853 (a)(1) and (c).

2. Section 6853(a)(1) of Title 18 of the Delaware Code provides that all healthcare negligence complaints must be accompanied by "[a]n affidavit of merit as to each defendant signed by an expert witness . . . and accompanied by a current

curriculum vitae of the witness, stating that there are reasonable grounds to believe that there has been health-care medical negligence committed by each defendant."

3.     Here, Plaintiff alleges she sustained injuries as a proximate result of Defendant's alleged negligent nursing care.  After an *in camera* review, the Court finds the Affidavit of Merit and *curriculum vitae* comply with 18 *Del. C.* § 6853 (a)(1) and (c).[1]

**IT IS SO ORDERED.**

*Jan R. Jurden*

_____
Jan. R. Jurden, President Judge

Original to Prothonotary
Cc:    Gary S. Nitsche, Esq.
        Katherine L. Hemming, Esq.
        Bradley J. Goewert, Esq.
        Catherine M. Cramer, Esq.

---

[1] *See Wagner v. Christiana Care Health Servs., Inc.*, 2015 WL 13697661 (Del. Super. Ct. Oct. 15, 2015) (holding that based on the nurse's experience, she qualified as an expert under 18 *Del. C.* § 6853(a)(1) and (c) where a patient claimed bed sores and other injuries resulting from negligent nursing care).